UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON MURRAY

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

New York City Dept. of Correction, Et AL.

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

GLEESON, J
GOLD, M.J.

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
_(check one)_

CV 16 - 676

RECEIVED
FEB - 5 2016
PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name  JASON MURRAY
 ID #  441-150-5158
 Current Institution  A.M.K.C.
 Address  18-18 Hazen Street
  East Elmhurst, N.Y. 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name  Officer Gagedeen   Shield # 9837
 Where Currently Employed  AMKC
 Address  18-18 Hazen Street
  East Elmhurst, NY 11370

_Rev. 05/2010_                                    1

Defendant No. 2    Name Officer Speight    Shield # 5211
                   Where Currently Employed AMKC
                   Address 18-18 Hazen St East Elmhurst New York 11370

Defendant No. 3    Name Officer Lewis    Shield #
                   Where Currently Employed AMKC 18-18 Hazen St
                   Address East Elmhurst N.Y. 11370

Defendant No. 4    (Area Captain)
                   Name Name Not Known    Shield # 11223
                   Where Currently Employed AMKC 18-18 Hazen St
                   Address East Elmhurst N.Y. 11370

Defendant No. 5    Name _____    Shield # _____
                   Where Currently Employed _____
                   Address _____

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
   AMKC 18-18 Hazen St East Elmhurst N.Y. 11370

B. Where in the institution did the events giving rise to your claim(s) occur?
   Quad 8 upper 7

C. What date and approximate time did the events giving rise to your claim(s) occur?
   Saturday November 21 2015 Around 5:30

Defendant No. 2   Name Officer Speight                  Shield # 5211
                  Where Currently Employed AMKC
                  Address 18-18 Hazen St East Elmhurst
                  New York 11370

Defendant No. 3   Name Officer Lewis                    Shield # _____
                  Where Currently Employed AMKC 18-18 Hazen St
                  Address East Elmhurst N.Y. 11370

Defendant No. 4   (Area Captain)
                  Name Name Not Known                   Shield # 11223
                  Where Currently Employed AMKC 18-18 Hazen St
                  Address East Elmhurst N.Y. 11370

Defendant No. 5   Name _____ Shield # _____
                  Where Currently Employed _____
                  Address _____

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
   AMKC 18-18 Hazen St East Elmhurst N.Y. 11370

B. Where in the institution did the events giving rise to your claim(s) occur?
   Quad 9 upper 7

C. What date and approximate time did the events giving rise to your claim(s) occur?
   Saturday November 21 2015 Around 5:30

D. Facts: **What happened to you?** The officers Release a barrage of Chemical agents and while I was blinded by the chemicals the alleged officers hit me numerous times with a baton in my lower back while on the floor.

**Who did what?** The Deputy on call duty on November 21 2015 ordered officers Lewis and officer Speight to release the chemical agents and I didn't see who assaulted me because I couldn't see.

**Was anyone else involved?** Officers that I couldn't Identify by name or sheild.

**Who else saw what happened?** Occupants of Quad 7 upper who was also assaulted.

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I was decontaminated in the Receiving Room. I was treated by a physician on November 21 2015 on the 3p.m. to 11 p.m.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

*Rev. 05/2010*                                     3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ✓   No ___   Do Not Know ___   *Pending notification*

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ___   No ___   Do Not Know ___

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ✓   No ___

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ___   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? *AMKC, 18-18 Hazen St East Elmhurst NY 11370*

   1. Which claim(s) in this complaint did you grieve? *The assault as well as the releasing of the chemical agents.*

   2. What was the result, if any? *Still pending. Pending disposition.*

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. *No disposition pending*

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: *Filed pending*

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

_____

_____

_____

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

[crossed out lines]

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). As a Result I would like a investigations to take place in this matter along with all the parties.

The mentioned parties that was present on November 21 Saturday 2015 was extracted from the housing area with brute force for a reason that was rectified after the fact. A razor that was missing from the 7 to 3 shift but as a Result Quad upper 7 and it's occupants was never search and never giving an explanation of the assault and famination of the chemical agents since we didn't pose a threat to the staff and fellow inmates. I seek payment in the amount of 1.5 million dollars.

## VI.   Previous lawsuits:

[box: On these claims]

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____   No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

C. **On other claims** Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ____ No _✓_

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 day of November, 2015.

Signature of Plaintiff: Jason M Murray
Inmate Number: 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
Institution Address: AMKC
18-18 Hazen St
East Elmhurst N.Y
11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 24 day of November, 2015, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Jason M Murray

*Rev. 05/2010*                                                7

PRO SE OFFICE
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 200
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF COURT

Date: **OCT 23 2015**

Dear Litigant:

I am writing in response to your letter to the *Pro Se* Office dated **OCT 20 2015**.

The Court cannot act upon a letter. The Court can only act upon a complaint or a petition pending before it. A review of the Court's records indicates that there is no action presently pending in which you are a plaintiff. Should you wish to start an action in this Court, I am enclosing the following forms for your convenience:

(X) 42 USC § 1983 Forms
( ) 28 USC § 2241 Forms
( ) 28 USC § 2254 Forms
( ) 28 USC § 2255 Forms
( ) General Complaint Package
( ) Social Security Complaint Forms
( ) Employment Discrimination Forms

Any papers you wish to submit to this Court must be sent or delivered to this Office at the address listed above. This Office cannot offer any legal advice or assessment of the merits of your case.

I hope this information is of assistance to you. Should you have any further questions, you may contact this Office by letter or by telephone during our normal business hours, 8:30 a.m. - 5:00 p.m., Monday - Friday (except federal holidays). Please note that we cannot accept collect calls.

Sincerely,

**PRO SE INTAKE UNIT**

*Pro Se* Clerk
(212)805-0175

enclosure(s)
*Rev. 05/10*